**FILED**

01/15/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0083

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0083

_____

STATE OF MONTANA, Department of
Natural Resources and Conservation, et al.,

      Plaintiffs, Appellees,
      And Cross-Appellants,

    v.

GREENFIELDS IRRIGATION DISTRICT, et al.,

      Defendants, Appellants.
      And Cross-Appellees.

O R D E R

_____

Upon consideration of Appellee's motion for extension to file a reply brief in support of the cross-appeal,

IT IS ORDERED that the motion for extension is GRANTED. Appellee's reply brief in support of the cross-appeal is due February 22, 2021.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 15 2021